**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
INTERNATIONAL INSTUTUTE FOR THE
BRAIN, LTD.,

                      Plaintiff,

    -against-                               20 **CIVIL** 8002 (JPO)

                                            **JUDGMENT**

SAPNA KAPOOR in her official capacity, and
NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 26, 2021, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         July 27, 2021

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                **BY:**
                                                      **Deputy Clerk**